JAMES M. BARRINGTON
Nevada Bar No. 9252
LINCOLN, GUSTAFSON & CERCOS
*ATTORNEYS AT LAW*
3960 Howard Hughes Ave., Suite 200
Las Vegas, Nevada 89169-5968
(702) 257-1997/FAX (702) 257-2203

Attorneys for Defendant/Cross-Defendant,
SOURCE REFRIGERATION & HVAC, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELA AMBRIZ,<br><br>    Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS 793; SOURCE REFRIGERATION & HVAC, INC.; DOES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>    Defendants.<br><br>RALPHS GROCERY COMPANY DBA FOOD 4 LESS,<br><br>    Cross-Claimant,<br><br>v.<br><br>SOURCE REFRIGERATION & HVAC, INC., and ROES 1 to 10, inclusive,<br><br>    Cross-Defendant | CASE NO: 2:14-cv-00848-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff, MARCELA AMBRIZ, and Defendants, RALPHS GROCERY COMPANY, dba FOOD 4 LESS and SOURCE REFRIGERATION & HVAC, INC., that Plaintiff's Complaint and any other cross-claims, counter-

-1-

claims, or third-party claims between the above-referenced parties are hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

DATED this 11 day of March, 2015.

| LINCOLN, GUSTAFSON & CERCOS, LLP | THE702FIRM |
|---|---|
| /s/ James M. Barrington | |
| **JAMES M. BARRINGTON, ESQ.** | **BRADLEY J. MYERS, ESQ.** |
| Nevada Bar No. 952 | Nevada Bar No. 8857 |
| 3960 Howard Hughes Parkway, Suite 200 | 400 S. 7th Street, Suite 400 |
| Las Vegas, NV 89169 | Las Vegas, NV 89101 |
| Attorneys for Defendant/Cross-Defendant, | Attorneys for Plaintiff, |
| SOURCE REFRIGERATION & HVAC, INC. | MARCELA AMBRIZ |

**WOLFE & WYMAN**

_____
**CHERYL C. BRADFORD, ESQ.**
Nevada Bar No. 9765
980 Kelly Johnson Dr., Suite 140
Las Vegas, NV 89119
Attorneys for Defendant,
RALPHS GROCERY COMPANY
dba FOOD 4 LESS

Submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ James M. Barrington
**JAMES M. BARRINGTON, ESQ.**
Nevada Bar No. 9252
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169-5968
Attorneys for Defendant/Cross-Defendant,
SOURCE REFRIGERATION&HVAC, INC.

v:\a-e\ambriz_source\attorney notes\drafts\pleadings\20150226_sao_dismissal_source.docx

claims, or third-party claims between the above-referenced parties are hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

DATED this ____ day of February, 2015.

| LINCOLN, GUSTAFSON & CERCOS, LLP | THE702FIRM |
|---|---|
| _____ | */s/ Bradley J. Myers*<br>_____ |
| **JAMES M. BARRINGTON, ESQ.**<br>Nevada Bar No. 952<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Attorneys for Defendant/Cross-Defendant,<br>SOURCE REFRIGERATION & HVAC, INC. | **BRADLEY J. MYERS, ESQ.**<br>Nevada Bar No. 8857<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff,<br>MARCELA AMBRIZ |

**WOLFE & WYMAN**

_____
**CHERYL C. BRADFORD, ESQ.**
Nevada Bar No. 9765
980 Kelly Johnson Dr., Suite 140
Las Vegas, NV 89119
Attorneys for Defendant,
RALPHS GROCERY COMPANY
dba FOOD 4 LESS

Submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**

_____
**JAMES M. BARRINGTON, ESQ.**
Nevada Bar No. 9252
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Attorneys for Defendant/Cross-Defendant,
SOURCE REFRIGERATION&HVAC, INC.

v:\a-e\ambriz_source\attorney notes\drafts\pleadings\20150226_sao_dismissal_source.docx

claims, or third-party claims between the above-referenced parties are hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

DATED this ____ day of February, 2015.

| LINCOLN, GUSTAFSON & CERCOS, LLP | THE702FIRM |
|---|---|
| JAMES M. BARRINGTON, ESQ.<br>Nevada Bar No. 952<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Attorneys for Defendant/Cross-Defendant,<br>SOURCE REFRIGERATION & HVAC, INC. | BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff,<br>MARCELA AMBRIZ |

WOLFE & WYMAN

*Cheryl Bradford*

CHERYL C. BRADFORD, ESQ.
Nevada Bar No. 9765
980 Kelly Johnson Dr., Suite 140
Las Vegas, NV 89119
Attorneys for Defendant,
RALPHS GROCERY COMPANY
dba FOOD 4 LESS

   Based on the parties' stipulation, all claims in this case are DISMISSED in their entirety, each party to bear its own fees and costs.

   Dated: March 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LINCOLN, GUSTAFSON & CERCOS, LLP

JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Attorneys for Defendant/Cross-Defendant,
SOURCE REFRIGERATION&HVAC, INC.

v:\la-e\ambriz_source\attorney notes\drafts\pleadings\20150226_sao_dismissal_source.docx